UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 3:20-cr-110 |
|---|---|
| Plaintiff, | JUDGE Walter H. Rice |
| vs. | |
| ARLAND MILLS, | **INFORMATION** |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT 1</u>

On or about September 9, 2019, in the Southern District of Ohio, defendant **ARLAND MILLS**, in connection with the acquisition of a firearm from Thompson's Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly aided, abetted, counseled, commanded, induced, and procured another, to wit, Delano Wells, to make a false and fictitious written statement to Thompson's Guns, which statement was intended and likely to deceive Thompson's Guns with respect to a fact material to the lawfulness of the sale of the firearm under Chapter 44, Title 18, United States Code, in that Delano Wells provided to Thompson's Guns a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 on which Delano Wells falsely stated in writing that he was the actual transferee/buyer of the firearm, when in fact he was not the actual/ transferee buyer.

In violation of 18 U.S.C. §§ 2 and 922(a)(6) and 924(a)(2).

DAVID M. DEVILLERS
UNITED STATES ATTORNEY

AMY M. SMITH (0081712)
Assistant United States Attorney